```
TYSON GREGORY DAWSEY              EDFINANCIAL SERVICES L         TOWER LOAN
CHRISTINA DEON DAWSEY             120 N SEVEN OAKS DRIVE         ATTN: BANKRUPTCY
7 COLLINS RD                      KNOXVILLE, TN 37922            PO BOX 320001
MONTICELLO, MS 39654                                             FLOWOOD, MS 39232


THOMAS C. ROLLINS, JR.            FERGUS FCU                     WAKEFIELD & ASSOCIATES
THE ROLLINS LAW FIRM, PLLC        1026 E BROAD ST                ATTN: BANKRUPTCY
P.O. BOX 13767                    MONTICELLO, MS 39654           320 N CEDAR BLUFF RD
JACKSON, MS 39236                                                STE 300
                                                                 KNOXVILLE, TN 37923


AFFIRM, INC.                      FRANKLIN SERVICE, INC.
ATTN: BANKRUPTCY                  2978 WEST JACKSON ST
650 CALIFORNIA ST                 PO BOX 3910
SAN FRANCISCO, CA 94108           TUPELO, MS 38801


CAINE & WEINER                    LAUNCH SERVICING, LLC
ATTN: BANKRUPTCY                  ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD                PO BOX 4477
SHERMAN OAKS, CA 91411            BEAVERTON, OR 97076


CAPITAL ONE                       MERRICK BANK CORP
ATTN: BANKRUPTCY                  PO BOX 9201
P.O. BOX 30285                    OLD BETHPAGE, NY 11804
SALT LAKE CITY, UT 84130


CARMAX AUTO FINANCE               NETCREDIT
ATTN: BANKRUPTCY                  ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK              175 W JACKSON BLVD
RICHMAN, VA 23238                 CHICAGO, IL 60604


CARRINGTON MORTGAGE               OAK LANE DENTAL
ATTN: BANKRUPTCY                  3075 MS-27,
1600 SOUTH DOUGLASS RD            MONTICELLO, MS 39654
ANAHEIM, CA 92806


CITICORP                          ONEMAIN
PO BOX 790040                     PO BOX 1010
ST LOUIS, MO 63179                EVANSVILLE, IN 47706


CREDIT ONE BANK                   SYNCHRONY
6801 CIMARRON RD                  ATTN: BANKRUPTCY
LAS VEGAS, NV 89113               PO BOX 965064
                                  ORLANDO, FL 32896
```