Certificate Number: 17572-MSS-DE-040076791

Bankruptcy Case Number: 25-51198



17572-MSS-DE-040076791

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2025, at 6:14 o'clock PM PDT, Christina D Dawsey completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   September 10, 2025              By:    /s/Benjamin E Wunsch

                                        Name:  Benjamin E Wunsch

                                        Title: Counselor