# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51198    **Case Name:** Tyson Gregory Dawsey and Christina Deon Dawsey

**Set:** 11/18/2025 01:30 pm    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)