United States Bankruptcy Court
Southern District of Mississippi

In re:                                         Case No. 25-51198-KMS
Tyson Gregory Dawsey                        Chapter 13
Christina Deon Dawsey
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                      User: mssbad                              Page 1 of 3
Date Rcvd: Oct 17, 2025                 Form ID: n031                      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tyson Gregory Dawsey, Christina Deon Dawsey, 7 Collins Rd, Monticello, MS 39654-8201 |
| cr | + | Carrington Mortgage Services, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5547343 | + | Fergus Fcu, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5547345 | + | Launch Servicing, Llc, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5547348 | | Oak Lane Dental, 3075 MS-27,, Monticello, MS 39654 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5547335 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 17 2025 19:43:01 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5566953 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 19:42:48 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5547338 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 17 2025 19:38:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek, Richman, VA 23238 |
| 5549207 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 17 2025 19:38:00 | CARMAX AUTO FINANCE, ATTN: BANKRUPTCY DEPARTMENT, 225 CHASTAIN MEADOWS COURT, STE 210, KENNESAW, GA 30144 |
| 5547339 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 17 2025 19:38:00 | Carrington Mortgage, Attn: Bankruptcy, 1600 South Douglass Rd, Anaheim, CA 92806 |
| 5547336 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 17 2025 19:38:51 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5547337 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 19:42:49 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5562379 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 19:42:40 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5547340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 19:43:01 | Citicorp, Po Box 790040, St Louis, MO 63179-0040 |
| 5547341 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 19:42:36 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5563839 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 19:42:40 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5547342 | + | Email/Text: EBN@edfinancial.com | Oct 17 2025 19:38:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5547344 | + | Email/Text: FSBank@franklinservice.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: n031 | Total Noticed: 33 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 5575801 + | Email/Text: pasi_bankruptcy@chs.net | Oct 17 2025 19:38:00 | Franklin Service, Inc., 2978 West Jackson St, Po Box 3910, Tupelo, MS 38803-3910 |
| | | Oct 17 2025 19:38:00 | HATTIESBURG HB MEDICAL SERVICES C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5572467 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2025 19:39:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5574242 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 19:42:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5561332 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 19:42:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5547346 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 19:42:39 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5556414 + | Email/Text: BKNC@rlselaw.com | Oct 17 2025 19:38:00 | Natalie Brown, Esq., Rubin Lublin, LLC, For Carrington Mortgage Services, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5561473 + | Email/Text: netcreditbnc@enova.com | Oct 17 2025 19:39:00 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5547347 + | Email/Text: netcreditbnc@enova.com | Oct 17 2025 19:39:00 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd, Chicago, IL 60604-3043 |
| 5565164 | Email/PDF: cbp@omf.com | Oct 17 2025 19:43:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5547349 + | Email/PDF: cbp@omf.com | Oct 17 2025 19:42:35 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5547350 + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 19:42:58 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5571713 + | Email/Text: bankruptcyreports@wakeassoc.com | Oct 17 2025 19:39:00 | THE SURGERY CENTER AT MISSISSIPPI SPORTS, c/o Wakefield & Associates LLC,, PO BOX 58, Fort Morgan CO 80701-0058 |
| 5547351 | Email/Text: bankruptcy@towerloan.com | Oct 17 2025 19:38:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5559993 + | Email/Text: EBN@edfinancial.com | Oct 17 2025 19:38:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5547352 | ^ MEBN | Oct 17 2025 19:35:29 | Wakefield & Associates, Attn: Bankruptcy, 320 N Cedar Bluff Rd, Ste 300, Knoxville, TN 37923-4513 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: n031 | Total Noticed: 33 |
| Date: Oct 19, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:**

**Name**      **Email Address**

David Rawlings
ecfnotices@rawlings13.net sduncan@rawlings13.net

Natalie Kareda Brown
on behalf of Creditor Carrington Mortgage Services LLC nbrown@rlselaw.com,
lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Christina Deon Dawsey trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Tyson Gregory Dawsey trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51198−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Tyson Gregory Dawsey<br>aka Tyson G Dawsey<br>7 Collins Rd<br>Monticello, MS 39654 | Christina Deon Dawsey<br>7 Collins Rd<br>Monticello, MS 39654 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on October 17, 2025 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

**Jackson Office:**

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

**Gulfport Office:**

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 17, 2025                                Danny L. Miller, Clerk of Court