UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  TYSON GREGORY DAWSEY
　　　　CHRISTINA DEON DAWSEY
　　　　DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-51198 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Late Filed Claim:

FERGUSON FEDERAL CREDIT UNION
1026 E. BROAD STREET
MONTICELLO, MS  39654

Court Claim No. 17

Amount of Claim: $40,707.04

Classification:  SECURED

　Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtors to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

　　　　　　　　　　　　　　　　　　　　　/s/  David Rawlings
　　　　　　　　　　　　　　　　　　　　　David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

**CERTIFICATE OF SERVICE**

    I, David Rawlings, do hereby certify that on November 13, 2025, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

TYSON GREGORY DAWSEY  
CHRISTINA DEON DAWSEY  
7 Collins Rd  
Monticello, MS 39654

THOMAS C. ROLLINS, JR  
P O Box 13767  
Jackson, MS 39236

FERGUSON FEDERAL CREDIT UNION  
1026 E. BROAD STREET  
MONTICELLO, MS 39654

*/s/ David Rawlings*  
DAVID RAWLINGS, TRUSTEE