MSSB-NCAC (4/24)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:

Tyson Gregory Dawsey aka Tyson G Dawsey          Case No.  25-51198-KMS

Christina Deon Dawsey                             Chapter:  13

                Debtor(s)                /

## Notice of Change of Address for Creditor

Carrington Mortgage Services, LLC (Creditor) hereby gives notice of its new address:

**Current Notice Address:**          Carrington Mortgage Services, LLC
*(As shown on matrix)*               1600 S. Douglass Road
                                     Suites 110 & 220-A
                                     Anaheim CA 92806

**New Notice Address:**              Carrington Mortgage Services, LLC
                                     500 N. State College Blvd.
                                     Suites 1030, 1300 & 1400
                                     Orange CA 92868

**New Payment Address:**             Carrington Mortgage Services, LLC
*(If applicable)*                    500 N. State College Blvd.
                                     Suites 1030, 1300 & 1400
                                     Orange CA 92868

**Proof of Claim Number(s):**        15

**Reason for Change of Address:**    ☐ New Loan Servicer[1]
                                     ☒ New Location
                                     ☐ Other _____

Prepared By:

Signature: */s/ Tawakoni Hill*              Address:  Liepold Harrison & Assoc., PLLC
Name: Tawakoni Hill                                   370 W. Las Colinas Blvd., Ste. 200
Title: Authorized Agent for Creditor                  Irving TX 75039
Phone No.: (800) 561-4567

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan).  Instead, you must file a transfer of claim to transfer the existing claim to the new servicer

MSSB-NCAC (4/24)

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 1/30/2026 addressed to:

Debtor(s):

Tyson Gregory Dawsey aka Tyson G Dawsey  
7 Collins Rd  
Monticello, MS 39654

Christina Deon Dawsey  
7 Collins Rd  
Monticello, MS 39654

Tawakoni Hill  
Name

*/s/ Tawakoni Hill*  
Signature