**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Tyson Gregory Dawsey                         Case No. 25-51198-KMS
          Christina Deon Dawsey, Debtors                    CHAPTER 13

**<u>OBJECTON TO NOTICE OF POST-PETITION MORTGAGE FEES,</u>**
**<u>EXPENSES, AND CHARGES</u>**

COMES NOW Debtor, by and through counsel, and file this Objection to Notice of Post-Petition Fees, Expenses, and Charges and would show onto the Court:

1.  Carrington Mortgage Services, LLC ("Mortgage Company") filed its Notice of Post-Petition Fees, Expenses, and Charges on or about March 23, 2026, in the amount of $500.00 and itemized as:

    a.  9/24/2025 Attorney Fees $200.00

    b.  10/27/2025 Bankruptcy/Proof of Claim Fees $200.00

    c.  10/27/2025 POC410A $100.00

2.  That said amounts are excessive.

3.  That, the total fees requested should be reduced to $350.00.

Wherefore, Premises considered, Debtor prays that this Objection be received and filed, and this Honorable Court will enter its Order sustaining Debtor's Objection, and for such other, further and general relief to which the Debtor's may be entitled.

THIS the 24th day of March 2026.

                                        Respectfully submitted,
                                        Tyson and Christina Dawsey

                            By:    /s/ Thomas C. Rollins, Jr.
                                   Thomas C. Rollins, Jr.
                                   Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Objection was forwarded on this 24th day of March 2026 to:

By First Class Mail, postage pre-paid:

Carrington Mortgage Services, LLC
1600 S Douglass Rd
Anaheim, CA 92806

Liepold, Harrison & Associates
370 W Las Colinas Blvd, Ste 220
Irving, TX 75039

By Electronic CM/ECF Notice:

Case Trustee

US Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Tyson Gregory Dawsey
Christina Deon Dawsey

CASE NO: 25-51198-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/24/2026, I did cause a copy of the following documents, described below,

Objection

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/24/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Tyson Gregory Dawsey
Christina Deon Dawsey

CASE NO: 25-51198-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 3/24/2026, a copy of the following documents, described below,

Objection

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/24/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

CARRINGTON MORTGAGE SERVICES, LLC
1600 S DOUGLASS RD
ANAHEIM CA 92806

FIRST CLASS

LIEPOLD, HARRISON & ASSOCIATES
370 W LAS COLINAS BLVD, STE 220
IRVING TX 75039