_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 26, 2026**

_____**The Order of the Court is set forth below. The docket reflects the date entered.**_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: TYSON GREGORY DAWSEY**                **CHAPTER 13**
   **CHRISTINA DEON DAWSEY**                 **CASE NO. 25-51198-KMS**
          **(DEBTORS)**

## ORDER WITHDRAWING TRUSTEE'S MOTION TO
## ALLOW SUPPLEMENTAL CLAIM

THIS MATTER CAME BEFORE THE COURT on Trustee's Motion to Allow Supplemental Claim (DK#30).

The Court is being advised that the Trustee's Motion to Allow Supplemental Claim (DK#30) is unnecessary and should be withdrawn.

IT IS THEREFORE ORDERED that the Trustee's Motion to Allow Supplemental Claim (DK#30) should be, and hereby is, withdrawn.

**##END OF ORDER##**

SUBMITTED BY:

/s/ DAVID RAWLINGS
DAVID RAWLINGS
CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG, MS 39403
(601)582-5011
ecfNotices@rawlings13.net