**Fill in this information to identify the case:**

Debtor 1 :   Tyson Gregory Dawsey aka Tyson G Dawsey

Debtor 2  :   Christina Deon Dawsey
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern         District of:   Mississippi

Case number:   25-51198-KMS

Official Form 410S2   *AMENDED*

# Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.**  See Bankruptcy Rule 3002.1.

**Name of Creditor:**   Carrington Mortgage Services, LLC           **Court Claim No. (if known):**   15

**Last 4 digits** of any number you use to identify the debtor's account:   2968

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X]   No

[ ]   Yes.  Date of the last notice: _____

**Part 1:**      Itemize Postpetition Fees, Expense, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. | Attorney fees | 09/24/25 | (3) $ | 100.00 |
| 4. | Filing fees and court costs | | (4) $ | |
| 5. | Bankruptcy/Proof of claim fees | 10/27/25 | (5) $ | 150.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. | Property inspection fees | | (7) $ | |
| 8. | Tax advances (non-escrow) | | (8) $ | |
| 9. | Insurance advances (non-escrow) | | (9) $ | |
| 10. | Property preservation expenses.  Specify: _____ | | (10) $ | |
| 11. | Other.  Specify.  POC 410A | 10/27/25 | (11) $ | 100.00 |
| 12. | Other.  Specify. _____ | | (12) $ | |
| 13. | Other.  Specify. _____ | | (13) $ | |
| 14. | Other.  Specify. _____ | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1     Tyson Gregory Dawsey aka Tyson G Dawsey          Case Number  (if known)     25-51198-KMS

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**x** /s/ Shakyra Hopkins
Signature

Date:     03/27/2026
MM/ DD / YYYY

Print:     Shakyra Hopkins
First Name          Middle Name                    Last Name

Title: Authorized Agent

Company:     Liepold, Harrison & Associates, PLLC

Address:     370 W. Las Colinas Blvd., Suite 220
Number          Street

Irving                    TX                    75039
City          State          ZIP Code

Contact Phone: 800-349-1254

Email: PCNInquiries@lha-law.com

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

*In Re:*                                                 **Case No.** 25-51198-KMS

  Tyson Gregory Dawsey

  Christina Deon Dawsey


        **Debtor(s)**                                    **Chapter 13**


## CERTIFICATE OF SERVICE

I hereby certify that on   03/27/2026   , a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.


                                        /s/ Shakyra Hopkins
                                        Shakyra Hopkins
                                        Liepold, Harrison & Associates, PLLC
                                        370 W. Las Colinas Blvd., Suite 220
                                        Irving, TX 75039

### Debtor

Tyson Gregory Dawsey                    Christina Deon Dawsey
7 Collins Rd                            7 Collins Rd
Monticello, MS 39654                    Monticello, MS 39654

### Debtor's Counsel

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

### Trustee

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

### U.S. Trustee

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

**Liepold, Harrison & Associates, PLLC**

1425 Greenway Drive, STE 250

Irving, TX 75038 2494

Phone No:  (682) 238-4458

Fax No:

### Bankruptcy - Bankruptcy Services - INVOICE

Carrington Mortgage
Services, LLC

,
Re:           TYSON G DAWSEY
              7 COLLINS LANE
              MONTICELLO, MS 39654

Loan #:
Loan Type:       FHA
Inv. ID / Cat. ID:   00082  /  11451

Cost Center:
FHA Case No:     FR2813254672703
Entity Code:     0
BK Case No:      25-51198-KMS
BK Chapter:      13

| | |
|---|---|
| Invoice #: | LHA65083 |
| Invoice Status: | Check Confirmed |
| Input By: | Tesia Benne |
| Date Submitted: | 11/7/2025 |
| Invoice Date: | 11/7/2025 |
| Vendor Ref #: | REF65083 |
| Vendor Code: | LIEPHA |
| Payee Code: | 889394 |
| Tax #: | |
| Type: | Non Judicial |
| Referral Date | 8/21/2025 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal Date: | N/A |

Invoice ID:       357611728
Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 11/7/2025 | 11/24/2025 | 3/17/2026 | | 11/24/2025 | 11/24/2025 | 11/28/2025 |

| Fee Description(s) | Aff.Ind. | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 10/27/2025 | 1 | $825.00 | $825.00 | $0.00 | $825.00 |
| Note: | | | | | | | |
| Attorney Fees - POC Form 410A | | 10/27/2025 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |
| Note: | | | | | | | |
| | | | | | $1,150.00 | $0.00 | $1,150.00 |
| **Total:** | | | | | **$1,150.00** | **$0.00** | **$1,150.00** |

**Invoice Level Exceptions**

None

**Invoice Level Comment**

None

Execution Date Time:  03/20/2026 03:32:15 PM                                    Pages: 1/ 1

**Liepold, Harrison & Associates, PLLC**

1425 Greenway Drive, STE 250

Irving, TX 75038 2494

Phone No:  (682) 238-4458

Fax No:

### Bankruptcy - Bankruptcy Services - INVOICE

Carrington Mortgage
Services, LLC

,

Re:           TYSON G DAWSEY
              7 COLLINS LANE
              MONTICELLO, MS 39654

Loan #:
Loan Type:        FHA
Inv. ID / Cat. ID:   00082  /  11451

Cost Center:
FHA Case No:      FR2813254672703
Entity Code:      0
BK Case No:       25-51198-KMS
BK Chapter:       13

| | |
|---|---|
| Invoice #: | LHA65098 |
| Invoice Status: | Check Confirmed |
| Input By: | Tesia Benne |
| Date Submitted: | 10/7/2025 |
| Invoice Date: | 10/7/2025 |
| Vendor Ref #: | REF65098 |
| Vendor Code: | LIEPHA |
| Payee Code: | 889394 |
| Tax #: | |
| Type: | Non Judicial |
| Referral Date | 8/21/2025 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal Date: | N/A |

Invoice ID:       356357057
Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/7/2025 | 3/17/2026 | 3/17/2026 | | 10/7/2025 | 10/8/2025 | 10/11/2025 |

| Fee Description(s) | Aff.Ind. | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 09/24/2025 | 1 | $400.00 | $400.00 | $0.00 | $400.00 |
| **Note:** | | | | | | | |
| | | | | | $400.00 | $0.00 | $400.00 |
| **Total:** | | | | | $400.00 | $0.00 | $400.00 |

**Invoice Level Exceptions**

None

**Invoice Level Comment**

None