United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                              Case No. 25-51198-KMS

Tyson Gregory Dawsey                                                 Chapter 13

Christina Deon Dawsey

        Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Mar 26, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

**Recip ID                          Recipient Name and Address**
db/jdb                      +  Tyson Gregory Dawsey, Christina Deon Dawsey, 7 Collins Rd, Monticello, MS 39654-8201

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

**Name                              Email Address**

David Rawlings
                          ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                          on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

John S. Simpson
                          on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net

Natalie Kareda Brown
                          on behalf of Creditor Carrington Mortgage Services  LLC nbrown@rlselaw.com,
                          lcaplan@rlselaw.com;akhosla@rlselaw.com;rluuecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr
                          on behalf of Joint Debtor Christina Deon Dawsey trollins@therollinsfirm.com
                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: Mar 26, 2026        Form ID: pdf012        Total Noticed: 1

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Tyson Gregory Dawsey trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____

**SO ORDERED,**



Katharine M. Samson

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: TYSON GREGORY DAWSEY        **CHAPTER 13**
      CHRISTINA DEON DAWSEY        **CASE NO. 25-51198-KMS**
          (DEBTORS)

### ORDER WITHDRAWING TRUSTEE'S MOTION TO
### ALLOW SUPPLEMENTAL CLAIM

THIS MATTER CAME BEFORE THE COURT on Trustee's Motion to Allow Supplemental Claim (DK#30).

The Court is being advised that the Trustee's Motion to Allow Supplemental Claim (DK#30) is unnecessary and should be withdrawn.

IT IS THEREFORE ORDERED that the Trustee's Motion to Allow Supplemental Claim (DK#30) should be, and hereby is, withdrawn.

**##END OF ORDER##**

SUBMITTED BY:

/s/ DAVID RAWLINGS
DAVID RAWLINGS
CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG, MS 39403
(601)582-5011
ecfNotices@rawlings13.net