_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**    **Tyson Gregory Dawsey**            **Case No. 25-51198-KMS**
          **Christina Deon Dawsey, Debtors**          **CHAPTER 13**

### ORDER

THIS CAUSE having come before the Court on the Debtor's Objection to Notice of Post-Petition Fees, Expenses, and Charges (dk # 29).

The Court is being advised that the creditor filed an amended Notice of Post-Petition Fees, Expenses, and Charges lowering the fees to $350, thus making the Debtor's Objection unnecessary and should be withdrawn.

IT IS THEREFORE ORDERED that the Objection to Notice of Post-Petition Fees, Expenses, and Charges is hereby withdrawn.

###END OF ORDER ###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533