United States Bankruptcy Court

Southern District of Mississippi

In re:

Tyson Gregory Dawsey

Christina Deon Dawsey

      Debtors

Case No. 25-51198-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf012 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Tyson Gregory Dawsey, Christina Deon Dawsey, 7 Collins Rd, Monticello, MS 39654-8201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: BKNC@rlselaw.com | Apr 07 2026 19:27:00 | Carrington Mortgage Services, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5547339 | Email/Text: BKBCNMAIL@carringtonms.com | Apr 07 2026 19:27:00 | Carrington Mortgage, Attn: Bankruptcy, 1600 South Douglass Rd, Anaheim, CA 92806 |
| 5580991 | + Email/Text: BKBCNMAIL@carringtonms.com | Apr 07 2026 19:27:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Suites 1030, 1300 & 1400, Orange, CA 92868-1604 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | |

District/off: 0538-6                          User: mssbad                                    Page 2 of 2
Date Rcvd: Apr 07, 2026                       Form ID: pdf012                                 Total Noticed: 4

ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                        on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

John S. Simpson
                        on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net

Natalie Kareda Brown
                        on behalf of Creditor Carrington Mortgage Services  LLC nbrown@rlselaw.com,
                        lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr
                        on behalf of Debtor Tyson Gregory Dawsey trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                        nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                        on behalf of Joint Debtor Christina Deon Dawsey trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                        nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   TYSON GREGORY DAWSEY
          CHRISTINA DEON DAWSEY
          DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-51198 KMS

## ORDER ON TRUSTEE'S
## MOTION TO ALLOW SUPPLEMENTAL CLAIM

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Allow the Supplemental Claim (Court Claim No. 15) of CARRINGTON MORTGAGE SERVICES, LLC (Docket No. 3 7   ).

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Supplemental Claim is allowed as a Special Claim in the amount of $350.00 and shall be paid pursuant to the provisions of the Confirmed Plan, which is modified in accord herewith, and other orders of the Court, with the Trustee being authorized to adjust the amount of the Plan payment, as needed, to pay said Claim in the time remaining in the Plan.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Debtors are given 30 days from the entry of this Order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

Submitted By:

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net